AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

<table>
<tr><td>United States of America<br>v.<br>ROBERTO ARMAS RAMIREZ</td><td>)<br>)<br>)<br>)</td><td></td></tr>
</table>

|  |  |
|---|---|
| Case No: | 1:12-cr-00206-AWI-BAM |
| USM No: | 68854-097 |

Date of Original Judgment:   03/04/2013
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   03/08/2013   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   05/08/2015

ANTHONY W. ISHII
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable ANTHONY W. ISHII, U.S. District Judge
*Printed name and title*